No. 83–1020. OHIO v. KOVACS, DBA B & W ENTERPRISES ET AL. C. A. 6th Cir. [Certiorari granted, 465 U. S. 1078.] Motion of the Solicitor General for leave to participate in oral argument

as *amicus curiae* and for divided argument granted. Motion of Council of State Governments et al. for leave to file a brief as *amici curiae* granted.